```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------
YELLOW SKY VENTURES, LLC,

                Plaintiff,

     - against -                          05 CV 2981 (VM)

NORTH STAR INVESTMENTS GROUP, INC.,       ORDER
ALEJANDRO SINAGRA, and
DAVID STOCKARD,

                Defendants.
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-18-05

**VICTOR MARRERO, United States District Judge.**

Defendants North Star Investments Group, Inc., Alejandro Sinagra, and David Stockard ("Defendants") have requested an adjournment of the hearing scheduled in this case for April 18, 2005. The hearing is hereby rescheduled for April 25, 2005 at 3:00 p.m. Accordingly, it is hereby

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b), based on the consent of both parties, the temporary restraining order initially granted on March 18, 2005 and extended by the Order dated April 8, 2005 is extended until the close of business on April 25, 2005, and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b), based on the consent of both parties, the temporary restraining order initially granted on March 29, 2005 and extended by Order dated April 8, 2005 is extended until the

close of business on April 25, 2005.

**SO ORDERED.**

Dated:   New York, New York
         18 April 2005

                                    _____
                                        Victor Marrero
                                          U.S.D.J.